UST-31, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GILBERT, ROBERT H. | ) | Case No. 09-02633-PHX SSC |
| GILBERT, KAREN A. | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

DAVID A. BIRDSELL, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 3 | RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>FOR CAPITAL RECOVERY II LLC, AS ASSIGNEE<br>OF HOUSEHOLD - HOMEBASE CONS, 25 SE 2ND A<br>MIAMI, FL 33131 | $3.77 |
| 10 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | $1.04 |
| 13 | TIRE RACK<br>CUST#2665422-000)<br>7107 VORDEN PARKWAY<br>SOUTH BEND, IN 46628 | $1.33 |
| 15 | RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>FOR ORION, AS ASSIGNEE OF UNIVERSITY<br>MEDICAL CENTER, 25 SE 2ND AVENUE SUITE 11<br>MIAMI, FL 33131 | $0.09 |
| 17 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | $2.92 |
| 18 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | $4.17 |

| | | |
|---|---|---|
| 21 | INTERSTATE TIRE DISTRIBUTOR, INC.<br>DONALD B. LANE, A.P.C.<br>STEVENS SQUARE,250 W. MAIN ST., STE. 103<br>TUSTIN, CA 92780 | $3.20 |
| 25 | RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>FOR GE MONEY BANK,DBA CARE<br>CREDIT/GEMB,25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131 | $3.33 |

February 4, 2011
DATE

DAVID A. BIRDSELL, TRUSTEE

GILBERT, ROBERT H.
GILBERT, KAREN A,
CASE #09-02633-PHX SSC